# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr- 00439-AN |
| v. | **INFORMATION** |
| **TRENTEN BARKER** | 18 U.S.C. § 844(f)(1) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Arson of a Federal Building)**
**(18 U.S.C. § 844(f)(1))**

On or about June 11, 2025, in the District of Oregon, the defendant, **TRENTEN BARKER,** maliciously damaged a building, namely, the Immigration and Customs Enforcement building located at 4310 S Macadam Avenue, Portland, Oregon, in whole and in part leased to the General Services Administration, an agency of the United States, by means of fire,

In violation of Title 18, United States Code, Sections 844(f)(1).

Dated: October 22, 2025                                   Respectfully submitted,

                                                          SCOTT E. BRADFORD
                                                          United States Attorney


                                                          */s/ Nicholas Meyers*
                                                          NICHOLAS D. MEYERS, OSB #222743
                                                          Assistant United States Attorney