Peyton Lee, OSB # 164224
Assistant Federal Public Defender
E-mail: Peyton_Lee@fd.org
101 S.W. Main Street, Suite 1700
Portland, OR 97204
Tel. (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00439-AN |
| Plaintiff, | SENTENCING MEMORANDUM |
| v. | |
| TRENTEN EDWARD BARKER, | |
| Defendant. | |

    Defendant, Trenten Edward Barker, will appear before this Court on March 5, 2026, for sentencing upon his plea of guilty to one count of Arson of a Federal Building, in violation of 18 U.S.C. § 844(f)(1). For reasons expressed in other sentencing materials, Mr. Barker respectfully requests this Court impose a sentence of time served followed by three years of supervised release, with all appropriate conditions.

Dated February 25, 2026.

                                                              */s/ Peyton Lee*
                                                              Peyton Lee, OSB # 164224